UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS PENSION FUND OF NORTHEASTERN PA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ANHEUSER-BUSCH COMPANIES., INC., et al., <br><br> Defendants. | Case No. 4:08CV968 RWS |

## ORDER OF DISMISSAL

On November 11, 2008, Plaintiff filed a Consent Motion for Voluntary Dismissal with Prejudice which was conditioned upon the judicial approval of a proposed settlement in <u>In re Anheuser-Busch Companies, Inc. Shareholders Litigation</u>, C.A. No. 3851-VCP..  On January 6, 2009, Plaintiff filed a copy of the Order and Final Judgment from that lawsuit which approved the settlement.  As a result this matter will be dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the consent motion for voluntary dismissal [#22] is **GRANTED** and this case is **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2009.